IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICHARD OTTO HANSEN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3045 |
| | ) | |
| v. | ) | |
| | ) | |
| JANE OR JOHN DOE, in her or his official capacity as an Officer of the Nebraska State Patrol, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

Plaintiff, a non-prisoner, filed a motion for leave to proceed *in forma pauperis* (Filing No. 7.)[1]  Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed *in forma pauperis*.  Accordingly,

IT IS ORDERED:

1)   Plaintiff's motion for leave to proceed *in forma pauperis* is provisionally granted, and the complaint shall be filed without payment of fees.

---

[1] At the time of the filing of the complaint, plaintiff was a prisoner and filed a motion for leave to proceed *in forma pauperis* and institutional trust account statement (Filing Nos. 2 and 3.)  However, before the Court could rule on the motion, plaintiff was released.  He thereafter filed a new motion for leave to proceed *in forma pauperis* as a non-prisoner (Filing No. 7.)

2)   Plaintiff's first motion for leave to proceed *in forma pauperis* (Filing No. 2) is denied as moot.

DATED this 27th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court